James H. Hohenstein
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
Telefax: (212) 385-9010
E-mail: jim.hohenstein@hklaw.com
        lissa.schaupp@hklaw.com

08 CV 02360

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03-07-08

Attorneys for Plaintiff,
James N. Hood as Liquidating Trustee of the
Oceantrade Corporation Liquidating Trust

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES N. HOOD AS LIQUIDATING TRUSTEE
OF THE OCEANTRADE CORPORATION
LIQUIDATING TRUST,

        Plaintiff,

        -against-

WAJILAM EXPORT (SINGAPORE) PTE
LIMITED,

        Defendant.

08 Civ. 2360 (    )

**ORDER APPOINTING
PERSONS TO
SERVE PROCESS**

---

**UPON** application of Plaintiff James N. Hood as Liquidating Trustee of the Oceantrade Corporation Liquidating Trust for an Order appointing Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, and Rapid and Reliable Attorney Service, or any one of them, to serve the Writ and Order of Attachment and Garnishment, Summons, Verified Complaint and Affidavit in Support on the garnishees herein, and it appearing that Elvin Ramos, Rudy D. Green, Jerome

MICROFILMED

MAR 10 2008 9:01 AM

Wills, Willis Vargas, and representatives of Rapid and Reliable Attorney Service are qualified persons over 18 years of age, and are not a party to or an attorney in this action, and that substantial savings in travel fees will result from such appointment, it is

**ORDERED** that Elvin Ramos, Rudy D. Green, Jerome Wills, Wllis Vargas and Rapid and Reliable Attorney Service hereby are each appointed to serve the Writ and Order of Attachment and Garnishment, Summons, Verified Complaint and Affidavit in Support on the garnishees herein.

Dated:    New York, New York
          March ⁀, 2008

                              SO ORDERED

                              _____
                              U.S.D.J.
                              Part I
                              for Judge Spuzzo

# 5071545_v1

2