CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JAMES N. HOOD AS LIQUIDATING TRUSTEE :
OF THE OCEANTRADE CORPORATION       :
LIQUIDATING TRUST,                  :
                                    :
                    Plaintiff,      :    08-CV-2360
                                    :
            v.                      :    NOTICE OF
                                    :    APPEARANCE
WAJILAM EXPORT (SINGAPORE) PTE      :
LIMITED,                            :
                                    :
                    Defendants.     :
-----------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       March 25, 2008

                                    CLARK, ATCHESON & REISERT
                                    Attorneys for Garnishee
                                    Societe Generale New York Branch

                            By:     /s/ Richard J. Reisert
                                    Richard J. Reisert (RR-7118)
                                    7800 River Road
                                    North Bergen, NJ 07047
                                    Tel: (201) 537-1200
                                    Fax: (201) 537-1201
                                    Email: reisert@navlaw.com