S Pizzo JS

James H. Hohenstein
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
Telefax: (212) 385-9010
E-mail: jim.hohenstein@hklaw.com
       lissa.schaupp@hklaw.com

Attorneys for Plaintiff,
James N. Hood as Liquidating Trustee of the
Oceantrade Corporation Liquidating Trust



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES N. HOOD AS LIQUIDATING TRUSTEE OF THE OCEANTRADE CORPORATION LIQUIDATING TRUST,<br><br>    Plaintiff,<br><br>-against-<br><br>WAJILAM EXPORT (SINGAPORE) PTE LIMITED,<br><br>    Defendant. | 08 Civ. 2360 (JES)(JCF)<br><br>**NOTICE OF**<br>**VOLUNTARY DISMISSAL** |

    **PLEASE TAKE NOTICE THAT**, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, no defendant having appeared or answered, Plaintiff James N. Hood as Liquidating Trustee of the Oceantrade Corporation Liquidating Trust, by and through its attorneys of record, dismisses this action with prejudice.

Dated: New York, New York
       June 24, 2008

                        HOLLAND & KNIGHT LLP

By: _____
        James H. Hohenstein
        Lissa D. Schaupp
        HOLLAND & KNIGHT LLP
        195 Broadway
        New York, NY 10007-3189
        (212) 513-3200
        Telefax: (212) 385-9010
        E-mail: jim.hohenstein@hklaw.com
                lissa.schaupp@hklaw.com

Attorneys for Plaintiff,
*James N. Hood as Liquidating Trustee of the Oceantrade Corporation Liquidating Trust*

So ordered:

_7-1-08_____
U.S.D.J.

_____
               Date

# 5425294_v1

2